**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **GARY ROSS** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 19-CV-3577** |
| § | |
| **STARNET INSURANCE COMPANY** § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, StarNet Insurance Company, the defendant in the above entitled and numbered cause, and files this its notice of removal, and in support thereof would respectfully show unto this Honorable Court as follows:

### I.
### STATE COURT ACTION

This case was initially filed in the 506th Judicial District Court of Waller County, Texas. The state court action is styled <u>Gary Ross vs. StarNet Insurance Company</u>, Cause No. 19-08-25707, in the 506th Judicial District Court, Waller County, Texas.

### II.
### PARTIES

The plaintiff, Gary Ross, is, upon information and belief, an individual citizen and resident of the State of Texas.

The defendant, StarNet Insurance Company ("StarNet"), is an Iowa corporation with its principal place of business in the State of Iowa and is admitted and authorized to sell insurance in the State of Texas.

## III.
## JURISDICTION

This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this cause is removable pursuant to 28 U.S.C. § 1441 and § 1446.

## IV.
## TIMELINESS

StarNet was served with process and the plaintiff's original petition on August 29, 2019. Thirty days have not elapsed since StarNet was served with process. Accordingly, pursuant to 28 U.S.C. § 1446, this notice of removal is timely and proper.

## V.
## ATTACHMENTS

Pursuant to 28 U.S.C. § 1446(a), Local Rule 3, and Local Rule 81, the following exhibits are attached hereto and incorporated herein by reference for all purposes:

  a. Exhibit A:   Civil action cover sheet;
  b. Exhibit B:   Copies of all executed processes in the case, if any;
  c. Exhibit C:   Copies of all pleadings asserting causes of action and all answers to such pleadings;
  d. Exhibit D:   Copies of all orders signed by the state court judge, if any;
  e. Exhibit E:   A copy of the state court docket sheet;
  f. Exhibit F:   An index of matters being filed; and
  g. Exhibit G:   A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## VI.
## CONDITIONS PRECEDENT

The defendant has tendered the filing fee required by the Clerk of the United States District Court for the Southern District of Texas, Houston Division, along with this notice of removal. A copy of this notice of removal is also being filed in the 506th Judicial District Court of Waller County, Texas, and all counsel of record are being provided with complete copies.

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that the above action, styled <u>Gary Ross vs. StarNet Insurance Company</u>, Cause No. 19-08-25707, in the 506th Judicial District Court of Waller County, Texas, be removed to this Court.

    Respectfully submitted,

    ORGAIN BELL & TUCKER, LLP
    P O Box 1751
    Beaumont, TX 77704-1751
    (409) 838-6412
    (409) 838-6959 facsimile

    /s/ Greg C. Wilkins
    Greg C. Wilkins
    State Bar No. 00797669
    Southern District Bar No. 33280
    gcw@obt.com
    Nadia I. Gire
    State Bar No. 24076852
    Southern District Bar No. 2433911
    ngire@obt.com

    **ATTORNEYS FOR DEFENDANT,**
    **STARNET INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on the 23rd day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also forwarded it to all known counsel of record by Certified Mail, Return Receipt Requested.

                                                        <u>/s/ Greg C. Wilkins</u>
                                                        Greg C. Wilkins